# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

**RODOLFO RODRIGUEZ,**

    **Plaintiff,**

**v.**                                                          **No. 19-cv-0111 MV/SMV**

**AMTRAK, J. PERRY, and C. CHAVEZ,**

    **Defendants.**

## ORDER TO CURE DEFICIENCY

Plaintiff submitted an Application to Proceed in District Court Without Prepayment of Fees or Costs Under 28 U.S.C. § 1915 [Doc. 3] on March 6, 2019. The Court determines that Plaintiff's Application is missing the required **certified copy of Plaintiff's inmate account statement** for the 6-month period immediately preceding this filing.

> A prisoner seeking to bring a civil action . . . shall submit a certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the 6-month period immediately preceding the filing of the complaint . . . .

28 U.S.C. § 1915(a)(2) (2018). Plaintiff has not submitted the certified inmate account statement as required by § 1915(a)(2). Failure to cure the designated deficiency within 30 days from entry of this order may result in dismissal of this action without further notice.

    **IT IS ORDERED** that no later than **July 19, 2019**, Plaintiff cure the designated deficiency by submitting the required certified copy of Plaintiff's inmate account statement for the 6-month period immediately preceding the filing of his Complaint.

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**