# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

RODOLFO RODRIGUEZ,

    Plaintiff,

v.                                                                   No. 19-cv-0111 MV/SMV

NATIONAL RAILROAD PASSENGER
CORP. d/b/a AMTRAK, J. PERRY, and
C. CHAVEZ,

    Defendant.

## ORDER GRANTING LEAVE TO PROCEED PURSUANT TO 28 U.S.C. § 1915(b) AND ORDER TO MAKE PAYMENTS OR SHOW CAUSE

THIS MATTER is before the Court on Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs [Doc. 3] and Motion to Cure Deficiency [Doc. 11] filed by Plaintiff, Rodolfo Rodriguez. Based on analysis of his Application and the inmate account statement, [Doc. 11] at 4–7, the Court grants Plaintiff leave to proceed under 28 U.S.C. § 1915(a) and (b). Because the Court grants the Application, the filing fee for this civil-rights Complaint is $350. Pursuant to § 1915(b)(1), Plaintiff is required to make installment payments until the full amount of the filing fee is paid. Based on analysis under § 1915(b)(1) of Plaintiff's inmate account statement, [Doc. 11] at 4–7, the Court finds that Plaintiff owes an initial partial payment of $15.76. If Plaintiff fails to make a payment by the designated deadline or show cause why such payment should be excused, the civil-rights Complaint may be dismissed without further notice.

**IT IS THEREFORE ORDERED** that the Application to Proceed in District Court Without Prepayment of Fees or Costs [Doc. 3] and Motion to Cure Deficiency [Doc. 11] filed by Plaintiff, Rodolfo Rodriguez are **GRANTED**.

**IT IS FURTHER ORDERED** that, no later than **August 1, 2019,** Plaintiff send to the Clerk an initial partial payment of $15.76 or show cause why payment should be excused.

**IT IS FURTHER ORDERED** that the Clerk provide Plaintiff with two copies of this Order, and that Plaintiff make the necessary arrangements to attach one copy of this Order to the check in the $15.76 amount of the initial partial payment.

**IT IS FINALLY ORDERED** that, after payment of the $15.76 initial partial fee, Plaintiff make monthly payments of 20% of the preceding month's income credited to his account or show cause why the designated payments should be excused.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**